# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2005

129031

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

METRO COMMUINCATIONS INC,
and PETER SIAVRAKAS,
          Plaintiffs-Appellants,

v

DETROIT SMSA LIMITED
PARTNERSHIP, and AMERITECH
MOBILE COMMUNICATIONS, INC.,
          Defendants-Appellees.

SC: 129031
COA: 249171
Wayne CC: 95-518972-CK

_____/

On order of the Court, the application for leave to appeal the May 24, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2005

_____
Clerk